IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

W. E. DAVIS
*as Administrator of the Estate of*
*Anthony Walker Smith, Deceased*                          PLAINTIFF

VS.                                        CIVIL ACTION NO. 2:11cv-00034-MPM-JMV

UNITED STATES OF AMERICA                         DEFENDANT

### ORDER

On April 18, 2011, the Government filed a Motion to Dismiss for Lack of Jurisdiction (#5). Pursuant to L. U. Civ. R. 16(b)(3)(B), [f]iling . . . a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion . . . ."

**THEREFORE, IT IS ORDERED** that all proceedings not related to the jurisdiction issue are hereby **STAYED** pending a ruling on the Government's Motion to Dismiss. The plaintiff shall submit a proposed order lifting the stay within 7 days of any ruling denying the Motion to Dismiss.

This, the 5th day of August, 2011.

                                                 /s/Jane M. Virden
                                                 UNITED STATES MAGISTRATE JUDGE